# Exhibit B

Case 6:12-cv-00207-MHS Document 11-3 Filed 06/04/12 Page 2 of 4 PageID #: 230
Case 6:12-cv-00206-MHS Document 10-2 Filed 05/24/12 Page 1 of 3 PageID #: 169
Federal Register / Vol. 77, No. 85 / Wednesday, May 2, 2012 / Notices 26041

# INTERNATIONAL TRADE COMMISSION

[Inv. No. 337–TA–842]

## Certain Cameras and Mobile Devices, Related Software and Firmware, and Components Thereof and Products Containing the Same; Institution of Investigation Pursuant to 19 U.S.C. 1337

**AGENCY:** U.S. International Trade Commission.

**ACTION:** Notice.

**SUMMARY:** Notice is hereby given that a complaint was filed with the U.S. International Trade Commission on March 29, 2012, under section 337 of the Tariff Act of 1930, as amended, 19 U.S.C. 1337, on behalf of HumanEyes Technologies, Ltd. of Israel. A supplement to the complaint was filed on April 18, 2012. The complaint alleges violations of section 337 based upon the importation into the United States, the sale for importation, and the sale within the United States after importation of certain cameras and mobile devices, related software and firmware, and components thereof and products containing the same by reason of infringement of certain claims of U.S. Patent No. 6,665,003 ("the '003 patent") and U.S. Patent No. 7,477,284 ("the '284 patent"). The complaint further alleges that an industry in the United States exists as required by subsection (a)(2) of section 337.

The complainant requests that the Commission institute an investigation and, after the investigation, issue an exclusion order and cease and desist order.

**ADDRESSES:** The complaint, except for any confidential information contained therein, is available for inspection during official business hours (8:45 a.m. to 5:15 p.m.) in the Office of the Secretary, U.S. International Trade Commission, 500 E Street SW., Room 112, Washington, DC 20436, telephone (202) 205–2000. Hearing impaired individuals are advised that information on this matter can be obtained by contacting the Commission's TDD terminal on (202) 205–1810. Persons with mobility impairments who will need special assistance in gaining access to the Commission should contact the Office of the Secretary at (202) 205–2000. General information concerning the Commission may also be obtained by accessing its Internet server at *http://www.usitc.gov*. The public record for this investigation may be viewed on the Commission's electronic docket (EDIS) at *http://edis.usitc.gov*.

**FOR FURTHER INFORMATION CONTACT:** The Office of Unfair Import Investigations, U.S. International Trade Commission, telephone (202) 205–2560.

**Authority:** The authority for institution of this investigation is contained in section 337 of the Tariff Act of 1930, as amended, and in section 210.10 of the Commission's Rules of Practice and Procedure, 19 CFR 210.10 (2012).

Scope of Investigation: Having considered the complaint, the U.S. International Trade Commission, on April 26, 2012, *ordered that—*

(1) Pursuant to subsection (b) of section 337 of the Tariff Act of 1930, as amended, an investigation be instituted to determine whether there is a violation of subsection (a)(1)(B) of section 337 in the importation into the United States, the sale for importation, or the sale within the United States after importation of certain cameras and mobile devices, related software and firmware, and components thereof and products containing same that infringe one or more of claims 1–3 and 22 of the '003 patent and claims 1–3, 10, 20, 27–29, 36, and 37 of the '284 patent, and whether an industry in the United States exists as required by subsection (a)(2) of section 337;

(2) For the purpose of the investigation so instituted, the following are hereby named as parties upon which this notice of investigation shall be served:

(a) The complainant is: HumanEyes Technologies, Ltd., 1–4 High Tech Village, Edmond Safra Campus, The Hebrew University, Givat Ram, 91390 Jerusalem, Israel.

(b) The respondents are the following entities alleged to be in violation of section 337, and are the parties upon which the complaint is to be served:

Sony Corporation, 1–7–1 Konan, Minato-ku, Tokyo 108–0075, Japan.
Sony Corporation of America, 550 Madison Avenue, New York, NY 10022.
Sony Electronics Inc., 16530 Via Esprillo, San Diego, CA 92127–1708.
Sony Mobile Communications AB, 202 Hammersmith Road, London W6 7DN, United Kingdom.
Sony Mobile Communications (USA) Inc., 333 Piedmont Road, Suite 600, Atlanta, GA 30305.

(c) The Office of Unfair Import Investigations, U.S. International Trade Commission, 500 E Street SW., Suite 401, Washington, DC 20436; and

(3) For the investigation so instituted, the Chief Administrative Law Judge, U.S. International Trade Commission, shall designate the presiding Administrative Law Judge.

Responses to the complaint and the notice of investigation must be submitted by the named respondents in accordance with section 210.13 of the Commission's Rules of Practice and Procedure, 19 CFR 210.13. Pursuant to 19 CFR 201.16(d)–(e) and 210.13(a), such responses will be considered by the Commission if received not later than 20 days after the date of service by the Commission of the complaint and the notice of investigation. Extensions of time for submitting responses to the complaint and the notice of investigation will not be granted unless good cause therefor is shown.

Failure of a respondent to file a timely response to each allegation in the complaint and in this notice may be deemed to constitute a waiver of the right to appear and contest the allegations of the complaint and this notice, and to authorize the administrative law judge and the Commission, without further notice to the respondent, to find the facts to be as alleged in the complaint and this notice and to enter an initial determination and a final determination containing such findings, and may result in the issuance of an exclusion order or a cease and desist order or both directed against the respondent.

By order of the Commission.

Issued: April 27, 2012.

**James R. Holbein,**
*Secretary to the Commission.*
[FR Doc. 2012–10557 Filed 5–1–12; 8:45 am]
**BILLING CODE 7020–02–P**

# INTERNATIONAL TRADE COMMISSION

[Inv. No. 337–TA–841]

## Certain Computers and Computer Peripheral Devices and Components Thereof and Products Containing the Same; Institution of Investigation Pursuant to 19 U.S.C. 1337

**AGENCY:** U.S. International Trade Commission.

**ACTION:** Notice.

**SUMMARY:** Notice is hereby given that a complaint was filed with the U.S. International Trade Commission on March 27, 2012, under section 337 of the Tariff Act of 1930, as amended, 19 U.S.C. 1337, on behalf of Technology Properties Limited, LLC of Cupertino, California. Letters supplementing the complaint were filed on April 11, 2012, and April 16, 2012. The complaint alleges violations of section 337 based upon the importation into the United States, the sale for importation, and the

**26042** Federal Register / Vol. 77, No. 85 / Wednesday, May 2, 2012 / Notices

sale within the United States after importation of certain computers and computer peripheral devices and components thereof and products containing the same by reason of infringement of certain claims of U.S. Patent No. 6,976,623 ("the '623 patent"); U.S. Patent No. 7,162,549 ("the '549 patent"); U.S. Patent No. 7,295,443 ("the '443 patent"); U.S. Patent No. 7,522,424 ("the '424 patent"); U.S. Patent No. 6,438,638 ("the '638 patent"); and U.S. Patent No. 7,719,847 ("the '847 patent"). The complaint further alleges that an industry in the United States exists as required by subsection (a)(2) of section 337.

The complainant requests that the Commission institute an investigation and, after the investigation, issue an exclusion order and cease and desist orders.

**ADDRESSES:** The complaint, except for any confidential information contained therein, is available for inspection during official business hours (8:45 a.m. to 5:15 p.m.) in the Office of the Secretary, U.S. International Trade Commission, 500 E Street, SW., Room 112, Washington, DC 20436, telephone (202) 205–2000. Hearing impaired individuals are advised that information on this matter can be obtained by contacting the Commission's TDD terminal on (202) 205–1810. Persons with mobility impairments who will need special assistance in gaining access to the Commission should contact the Office of the Secretary at (202) 205–2000. General information concerning the Commission may also be obtained by accessing its Internet server at *http://www.usitc.gov*. The public record for this investigation may be viewed on the Commission's electronic docket (EDIS) at *http://edis.usitc.gov*.

**FOR FURTHER INFORMATION CONTACT:** The Office of Unfair Import Investigations, U.S. International Trade Commission, telephone (202) 205–2560.

*Authority:* The authority for institution of this investigation is contained in section 337 of the Tariff Act of 1930, as amended, and in section 210.10 of the Commission's Rules of Practice and Procedure, 19 CFR 210.10 (2012).

*Scope of Investigation:* Having considered the complaint, the U.S. International Trade Commission, on April 26, 2012, *ordered that*—

(1) Pursuant to subsection (b) of section 337 of the Tariff Act of 1930, as amended, an investigation be instituted to determine whether there is a violation of subsection (a)(1)(B) of section 337 in the importation into the United States, the sale for importation, or the sale within the United States after importation of certain computers and computer peripheral devices and components thereof and products containing the same that infringe one or more of claims 1–4, 9–12, and 17–19 of the '623 patent; claims 7, 11, 19, and 21 of the '549 patent; claims 1, 3, 4, 7, 9, 11, 12, and 14 of the '443 patent; claims 25, 26, 28, and 29 of the '424 patent; claims 13–18 and 25–27 of the '638 patent; and claims 1–3 of the '847 patent, and whether an industry in the United States exists as required by subsection (a)(2) of section 337;

(2) For the purpose of the investigation so instituted, the following are hereby named as parties upon which this notice of investigation shall be served:

(a) The complainant is: Technology Properties Limited, LLC, 20883 Stevens Creek Boulevard, Suite 100, Cupertino, CA 95014.

(b) The respondents are the following entities alleged to be in violation of section 337, and are the parties upon which the complaint is to be served:

Acer Inc., 8F, 88, Sec.1, Xintai 5th Road, Xizhi, New Taipei City 221, Taiwan.

Brother Industries, Ltd., 15–1, Naeshiro-cho, Mizuho-ku, Nagoya, Aichi 467–8561, Japan.

Canon Inc., 30–2, Shimomaruko 3-chome, Ohta-ku, Tokyo 146–8501, Japan.

Dane-Elec Memory, 159 Avenue Gallieni, BP33, 93171 Bagnolet Cedex, France.

Dell Inc., One Dell Way, Round Rock, TX 78682.

Falcon Northwest Computer Systems, Inc., 2015 Commerce Drive, Medford, OR 97504.

Fujitsu Limited, Shiodome City Center, 1–5–2 Higashi-Shinbashi, Minato-ku, Tokyo, 105–7123, Japan.

Jasco Products Company, 10 East Memorial Road, Building B, Oklahoma City, OK 73114 –2205.

Hewlett-Packard Company, 3000 Hanover Street, Palo Alto, CA 94304–1185.

HiTi Digital, Inc., 9F., No. 225, Sec. 3, Beixin Road, Xindian Dist., New Taipei City 231, Taiwan.

Kingston Technology Company, Inc., 17600 Newhope Street, Fountain Valley, CA 92708.

Micron Technology, Inc., 8000 S. Federal Way, Boise, ID 83707–0006.

Lexar Media, Inc., 47300 Bayside Parkway, Fremont, CA 94538.

Microdia Limited, The Concourse, Technology Drive, San Jose, CA 95110.

Newegg Inc., 16839 East Gale Avenue, City of Industry, CA 91745.

Rosewill Inc., 17708 Rowland Street, City of Industry, CA 91748.

Sabrent, 9720 Variel Avenue, Chatsworth, CA 91311.

Samsung Electronics Co., Ltd., Samsung Main Building, 250, Taepyeongno 2-ga, Jung-gu, Seoul 100–742, Republic of Korea.

Seiko Epson Corporation, 3–3–5 Owa, Suwa, Nagano, Japan.

Shuttle Inc., No. 30, Lane 76, Rei Kuang Road, Nei-Hu Dist., Taipei, Taiwan.

Systemax Inc., 11 Harbor Park Drive, Port Washington, NY 11050.

(c) The Office of Unfair Import Investigations, U.S. International Trade Commission, 500 E Street SW., Suite 401, Washington, DC 20436; and

(3) For the investigation so instituted, the Chief Administrative Law Judge, U.S. International Trade Commission, shall designate the presiding Administrative Law Judge.

Responses to the complaint and the notice of investigation must be submitted by the named respondents in accordance with section 210.13 of the Commission's Rules of Practice and Procedure, 19 CFR 210.13. Pursuant to 19 CFR 201.16(d)-(e) and 210.13(a), such responses will be considered by the Commission if received not later than 20 days after the date of service by the Commission of the complaint and the notice of investigation. Extensions of time for submitting responses to the complaint and the notice of investigation will not be granted unless good cause therefor is shown.

Failure of a respondent to file a timely response to each allegation in the complaint and in this notice may be deemed to constitute a waiver of the right to appear and contest the allegations of the complaint and this notice, and to authorize the administrative law judge and the Commission, without further notice to the respondent, to find the facts to be as alleged in the complaint and this notice and to enter an initial determination and a final determination containing such findings, and may result in the issuance of an exclusion order or a cease and desist order or both directed against the respondent.

Case 6:12-cv-00207-MHS Document 11-3 Filed 06/04/12 Page 4 of 4 PageID #: 232
Case 6:12-cv-00206-MHS Document 10-2 Filed 05/24/12 Page 3 of 3 PageID #: 171
Federal Register/Vol. 77, No. 85/Wednesday, May 2, 2012/Notices 26043

By order of the Commission.
Issued: April 27, 2012.

James R. Holbein,
*Secretary to the Commission.*

[FR Doc. 2012-10558 Filed 5-1-12; 8:45 am]

**BILLING CODE 7020-02-P**

---

## DEPARTMENT OF JUSTICE

[OMB Number 1103-NEW]

**Agency Information Collection Activities; Proposed collection; Comments Requested: CRS Customer Satisfaction Survey**

**ACTION:** 60-Day notice of information collection under review.

The Department of Justice (DOJ), Community Relations Service (CRS) will be submitting the following information collection request to the Office of Management and Budget (OMB) for review and approval in accordance with the Paperwork Reduction Act of 1995. The proposed information collection is published to obtain comments from the public and affected agencies. Comments are encouraged and will be accepted for "sixty days" until July 2, 2012. This process is conducted in accordance with 5 CFR 1320.10.

If you have comments especially on the estimated public burden or associated response time, suggestions, or need a copy of the proposed information collection instrument with instructions or additional information, please contact Gilbert Moore, Deputy Director, Community Relations Service, 600 E Street NW., Suite 6000, Washington, DC 20530, Office phone (202) 305-2935.

Written comments and suggestions from the public and affected agencies concerning the proposed collection of information are encouraged. Your comments should address one or more of the following four points:
—Evaluate whether the proposed collection of information is necessary for the proper performance of the functions of the agency, including whether the information will have practical utility;
—Evaluate the accuracy of the agencies estimate of the burden of the proposed collection of information, including the validity of the methodology and assumptions used;
—Enhance the quality, utility, and clarity of the information to be collected; and
—Minimize the burden of the collection of information on those who are to respond, including through the use of appropriate automated, electronic, mechanical, or other technological collection techniques or other forms of information technology, e.g., permitting electronic submission of responses.

**Overview of This Information Collection**

(1) *Type of Information Collection:* Response to 'Quality of Service' Survey.

(2) *Title of the Form/Collection:* CRS 'Quality of Service' Survey.

(3) *Agency form number, if any, and the applicable component of the Department of Justice sponsoring the collection:* Form Number: CRS Community Relations Service.

(4) *Affected public who will be asked or required to respond, as well as a brief abstract:*

Primary: Local and state elected officials, heads of support service agencies as Police, Education, Human Relations agencies, heads of public advocacy organizations, and vested formal and informal community leaders. Abstract: The CRS 'Customer Satisfaction Survey' will help CRS maintain the highest standards of professional conciliation and mediation work while also identifying new areas and programs of expertise needed to improve service deliverables to emerging community concerns.

(5) *An estimate of the total number of respondents and the amount of time estimated for an average respondent to respond:* It is estimated that 500 respondents will complete the form within approximately 15 minute.

(6) *An estimate of the total public burden (in hours) associated with the collection:* There are an estimated 125 annual total CRS burden hours associated with this collection.

If additional information is required contact: Jerri Murray, Department Clearance Officer, Policy and Planning Staff, Justice Management Division, Department of Justice, Two Constitution Square, 145 N Street NE., Room 2E-508, Washington, DC 20530.

Jerri Murray,
*Department Clearance Officer, PRA, U.S. Department of Justice.*

[FR Doc. 2012-10480 Filed 5-1-12; 8:45 am]

**BILLING CODE 4410-17-P**

---

## DEPARTMENT OF JUSTICE

[OMB Number 1105-NEW]

**Agency Information Collection Activities; Proposed Collection; Comments Requested: September 11th Victim Compensation Fund Objection Form**

**ACTION:** CORRECTION: 30-Day notice of information collection under review.

The Department of Justice (DOJ), Civil Division, September 11th Victim Compensation Fund, will be submitting the following information collection request to the Office of Management and Budget (OMB) for review and approval in accordance with the Paperwork Reduction Act of 1995. The proposed information collection is published to obtain comments from the public and affected agencies. This is a correction to a notice previously submitted. This proposed information collection was previously published in the **Federal Register**, Volume 77, Number 20, Page 4827 on January 31, 2012, allowing for a 60 day comment period.

The purpose of this notice is to allow for an additional 30 days for public comment until June 1, 2012. This process is conducted in accordance with 5 CFR 1320.10.

Written comments concerning this information collection should be sent to the Office of Information and Regulatory Affairs, Office of Management and Budget, Attn: DOJ Desk Officer. The best way to ensure your comments are received is to email them to *oira_submission@omb.eop.gov* or fax them to 202-395-7285. All comments should reference the 8 digit OMB number for the collection or the title of the collection. If you have questions concerning the collection, please call Jonathan Olin, 202-514-5585.

Written comments and suggestions from the public and affected agencies concerning the proposed collection of information are encouraged. Your comments should address one or more of the following four points:
—Evaluate whether the proposed collection of information is necessary for the proper performance of the functions of the agency, including whether the information will have practical utility;
—Evaluate the accuracy of the agencies estimate of the burden of the proposed collection of information, including the validity of the methodology and assumptions used;
—Enhance the quality, utility, and clarity of the information to be collected; and