# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **TECHNOLOGY PROPERTIES LIMITED LLC,**<br><br>                 Plaintiff,<br><br>v.<br><br>**HITI DIGITAL, INC. and HITI DIGITAL AMERICA, INC.,**<br>                 Defendants. | Civil Action No. 6:12-cv-00207-MHS<br><br>**JURY TRIAL DEMANDED** |

## JOINT STATUS REPORT

Pursuant to this Court's June 12, 2012 Order, (Doc. 12), Plaintiff Technology Properties Limited LLC ("TPL") and Defendants HiTi Digital, Inc. and HiTi Digital America, Inc. ("Defendants") respectfully submit this status report. ITC Investigation No. 337-TA-841 between TPL, Hiti Digital, Inc., and other parties remains pending. HiTi Digital America, Inc. is not a party to ITC Investigation No. 337-TA-841. An evidentiary hearing was held before Administrative Law Judge Essex on January 4 and 7-10, 2013. On August 2, 2013, Judge Essex issued an Initial Determination and Recommended Determination on Remedy and Bond ("Initial Determination"). On August 19, 2013 both TPL and Respondents in the 841 Investigation petitioned the Commission to review the Initial Determination. On October 24, 2013, the Commission issued a Notice of Commission Determination to Review the Initial Determination in its entirety ("Commission Notice"), which requested the parties to brief specific issues relating to the Initial Determination as well as the issues of Remedy, the Public Interest, and Bonding. The parties submitted responses to the Commission Notice on November 7, 2013 and replies on November 15, 2013. On October 21, 2013, the Commission issued a Notice extending the

Target Date, which extended the target date of the 841 Investigation from December 2, 2013 to December 19, 2013.  The parties will provide another joint status report in six months.

Date:   December 12, 2013

/s/ Benjamin R. Askew
Anthony G. Simon
Benjamin R. Askew
Michael P. Kella
Timothy D. Krieger
THE SIMON LAW FIRM, PC
800 Market Street, Suite 1700
Saint Louis, Missouri 63101
P. 314-241-2929
F. 314-241-2029
asimon@simonlawpc.com
baskew@simonlawpc.com
mkella@simonlawpc.com
tkrieger@simonlawpc.com

*Attorneys for Plaintiff*

Respectfully Submitted:

By: Eric H. Findlay (*w/consent*)
Eric H. Findlay
FINDLAY CRAFT, LLP
(Texas State Bar No. 789886)
R. Brian Craft
(Texas State Bar No. 4972020)
6760 Old Jacksonville Highway
Suite 101
Tyler, TX 75703
Telephone: 903-534-1100
Facsimile: 903-534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

Jenny W. Chen
CHEN IP LAW GROUP
(California State Bar No. 205043)
7F, No. 1, Alley 30, Lane 358, Rueiguang Road
Neihu District
Taipei, Taiwan 114
Telephone: +886.2.7721.8855
Facsimile: +886.2.7721.8822
Email: Jenny.Chen@ChenIPLaw.com

Vinay V. Joshi
EASTWIND CONSULTANTS COMPANY LIMITED
(California State Bar No. 213487)
127 Public Square
57th Floor
Cleveland, OH 44114
Telephone: 408-893-1512
Facsimile: 216-696-8731
Email: vjoshi@thepatentattorneys.com

*Counsel for Defendants HiTi Digital, Inc.*
*and HiTi Digital America, Inc.*

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on December 12, 2013, a copy of the foregoing was e-filed with the Court, which sent notice to all parties entitled to receive pleadings through the Court's CM/ECF system.

/s/ Benjamin R. Askew
Benjamin R. Askew