**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **TECHNOLOGY PROPERTIES LIMITED LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **HITI DIGITAL, INC. and HITI DIGITAL AMERICA, INC.,** <br><br> Defendants. | Civil Action No. 6:12-cv-00207-MHS <br><br> **JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER

Having considered Plaintiff Technology Properties Limited LLC's ("Plaintiff") Motion to Lift the Stay, the Court finds that good cause exists for lifting the stay in this case. The Motion to Lift the Stay is GRANTED.